UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT WILLIAMS, | ) | No. CV 10-4771 JVS (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| DAVE LEWIS, Warden, | ) ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 20, 2012

_____
JAMES V. SELNA
United States District Judge